UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1070 DWF/AJB

RUTH SONNEK,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

**STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER**

The parties, by counsel, hereby stipulate and agree that the Pretrial Scheduling Order filed August 30, 2000, shall be amended as follows:

1. All motions which seek to amend the pleadings or add parties must be filed an the hearing thereon completed on or before December 1, 2000.

Good cause exists for this amendment of the Scheduling Order in that there is no date and time in October 2000 in which plaintiff's counsel, defense counsel, and the Court were simultaneously free to conduct the hearing on this matter. This

FILED SEP 29 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

stipulation is not filed for any dilatory purpose.

Dated: 9/26/00

B. TODD JONES
United States Attorney

BY: FRIEDRICH A.P. SIEKERT
Assistant United States Attorney
Attorney I.D. No. 142013
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated: 9/27

REID G. RISCHMILLER, Esq.
Attorney I.D. No. 91911
607 Marquette Avenue
Suite 302
Minneapolis, MN 55402
(612) 339-7075
Attorney for Plaintiff

IT IS SO ORDERED:

ARTHUR J. BOYLAN
United States Magistrate Judge