United States District Court

District of Minnesota

Third Division

---

Ruth Sonnek,

Plaintiff,

v.

United States of America,

Defendant.

Civil File No.: 00-1070 DWF/AJB

**ORDER**

---

The above-captioned matter came on for hearing on November 6, 2000 before The Honorable Arthur J. Boylan, United States Magistrate Judge, on the Motion of Plaintiff seeking to add Trevor Buswell as a party Plaintiff and for an Order clarifying Plaintiff's disclosure deadlines.

Reid G. Rischmiller, Esq. appeared on behalf of Plaintiff; Friedrich A.P. Siekert, Assistant United States Attorney, appeared on behalf of Defendant.

Based upon the submissions of counsel, argument and input from the Court;

IT IS HEREBY ORDERED:

1. Plaintiff's disclosure deadline for the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, and Plaintiff's disclosure obligations under Minn. Stat. §145.682, is hereby amended to be on or before January 1, 2001.

FILED NOV 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

2. The date for Defendant's disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, is hereby amended to be on or before April 1, 2001.

3. Plaintiff's Motion to add Trevor Buswell as a party Plaintiff is denied, without prejudice at this time.

4. The date by which Plaintiff is allowed to amend the pleadings or add parties is changed to April 1, 2001.

Dated: 11/7/00 BY THE COURT:

Arthur J. Boylan
United States Magistrate Judge