UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1070 DWF/AJB

| | | |
|---|---|---|
| RUTH SONNEK, Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | ) | **ORDER AMENDING PRETRIAL SCHEDULE** |

Pursuant to the Stipulation to Amend Pretrial Scheduling Order, which Stipulation is incorporated herein by reference, the Pretrial Scheduling Order dated August 30, 2000, and the Court's Order dated November 7, 2000, are hereby amended as follows:

1. Defendants shall disclose the identity of expert witnesses and provide the expert reports on or before May 1, 2001;
2. All expert depositions shall occur after May 1, 2001;
3. All motions to add parties or otherwise amend the pleadings shall be filed by May 1, 2001;
4. All discovery shall be completed by June 1, 2001;
5. All other nondispositive motions shall be filed by June 15, 2001;
6. All dispositive motions shall be served, filed, and heard by July 1, 2001; and

FEB 05 2001
FILED

7. The case shall remain ready for trial on and after July 1, 2001, or upon the resolution of any pending dispositive motion.

Dated: 2/5/01

ARTHUR J. BOYLAN
United States Magistrate Judge