**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RUTH SONNEK,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil No. 00-1070 (DWF/AJB)

**ORDER OF REFERENCE**

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Defendant's Motion to Dismiss or Alternatively to Stay the Action for Lack of Subject Matter Jurisdiction is referred to Magistrate Judge Arthur J. Boylan.

At this time the Court's file only contains the Letter of Service required by Local Rules.

Dated: May 7, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed MAY 07 2001
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______