UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RUTH SONNEK,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil No. 00-1070 DWF/AJB

AMENDED NOTICE OF SETTLEMENT CONFERENCE

---

You are hereby given notice that the final settlement conference in the above captioned case will be held **April 4, 2002, at 2:00 p.m.**, in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

Dated: 3/27/02

Arthur J. Boylan
United States Magistrate Judge

Filed MAR 27 2002
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________