**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RUTH SONNEK,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil No. 00-1070 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Reid Rischmiller, Esq., Rischmiller Knippel & Aronson, 607 Marquette Avenue, Suite 302, Minneapolis, MN 55402, counsel for Plaintiff.

Friedrich Siekert, Assistant United States Attorney, 600 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55415, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: April 5, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed APR 0 5 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________